No. 99.   IN RE ASSESSMENT OF TAXES T. A. HAYES. Appeal by the assessor from tax appeal court, first taxation division. Frear, C. J., Hartwell, J., and Circuit Judge De Bolt in place of Wilder, J. Argued March 13, 1905. Decided March 17, 1905. The assessor added to the taxpayer's return of his income the sum of $1,500, being the sum allowed him by his employer, the Pacific Hardware & Steel Company, of San Francisco, for his expenses during the year, at the rate of $125 a month. The taxpayer claimed that this was no portion of his income and that the assessor had no authority to add any item to his return.

Per curiam: The statute does not require the assessor to take the taxpayer's return of his income as true. The item in controversy was properly added by the assessor, forming an actual part of the taxpayer's income. The decision of the tax appeal court is reversed. The assessment made by the assessor stands. *Castle & Withington* for taxpayer. *A. G. M. Robertson* for assessor.